

| Northern California | KELLY, HOCKEL & KLEIN P.C. | Southern California |
|---|---|---|
| Telephone (415) 951-0535 | Attorneys at Law | 11500 Olympic Blvd., Suite 400 |
| Facsimile (415) 391-7808 | One Sansome Street, Suite 1800 | Los Angeles, CA 90064-1528 |
| www.khklaw.com | San Francisco, CA 94104 | Telephone (310) 312-4535 |
| | | Facsimile (310) 312-4551 |

JONATHAN A. KLEIN

January 11, 2012

The Honorable Phyllis J. Hamilton
United Stated District Court
Northern District of California
1301 Clay Street
Oakland, CA 94612

Re:   *Minims Apothecary, LLC v. InformedRx, Inc.*
      USDC Northern District Case No.: C-11-06612-PJH

Dear Judge Hamilton:

Plaintiff Minims Apothecary, LLC requests that the hearing date on plaintiff's motion for Preliminary Injunction of February 15, 2012 be taken off calendar. Based on the representations of defendant, the hearing does not appear necessary at this time.

Very truly yours,

Jonathan A. Klein

JAK/hs

CC:   Philip F. Atkins-Pattenson, Esq.
      James R. Higgins, Esq.

2/15/12 HEARING IS VACATED AND MOTION IS TERMINATED WITHOUT PREJUDICE TO RE-NOTICE IF NECESSARY.



IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA