

**KELLY, HOCKEL & KLEIN P.C.**
Attorneys at Law
One Sansome Street, Suite 1800
San Francisco, CA 94104

Northern California
Telephone (415) 951-0535
Facsimile (415) 391-7808
www.khklaw.com

Southern California
11500 Olympic Blvd., Suite 400
Los Angeles, CA 90064-1528
Telephone (310) 312-4535
Facsimile (310) 312-4551

JONATHAN A. KLEIN

January 11, 2012

The Honorable Phyllis J. Hamilton
United Stated District Court
Northern District of California
1301 Clay Street
Oakland, CA 94612

Re:   *Minims Apothecary, LLC v. InformedRx, Inc.*
      USDC Northern District Case No.: C-11-06612-PJH

Dear Judge Hamilton:

Plaintiff Minims Apothecary, LLC requests that the hearing date on plaintiff's motion for Preliminary Injunction of February 15, 2012 be taken off calendar. Based on the representations of defendant, the hearing does not appear necessary at this time.

Very truly yours,

Jonathan A. Klein

JAK/hs

CC:   Philip F. Atkins-Pattenson, Esq.
      James R. Higgins, Esq.

2/15/12 HEARING IS VACATED
AND MOTION IS
TERMINATED WITHOUT
PREJUDICE TO RE-NOTICE IF
NECESSARY.



IT IS SO ORDERED
Judge Phyllis J. Hamilton