JONATHAN ALLAN KLEIN (SBN 162071)
JESSICA R. MADRIGAL (SBN 241199)
KELLY, HOCKEL & KLEIN P.C.
One Sansome Street, Suite 1800
San Francisco, CA 94104
Tel.:  (415) 951-0535
Fax:  (415) 391-7808

Attorneys for Plaintiff and Counter-Defendant
Minims Apothecary, LLC dba Baneth's Pharmacy

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| MINIMS APOTHECARY, LLC dba BANETH'S PHARMACY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INFORMED RX, INC.<br><br>　　　　　Defendants.<br>_____<br>INFORMEDRX, INC.<br><br>　　　　　Counterclaimant,<br><br>　　v.<br><br>MINIMS APOTHECARY, LLC dba BANETH'S PHARMACY,<br><br>　　　　　Counter-Defendant, | Case No: 11-cv-6612 (PJH)<br><br>**[PROPOSED] ORDER APPROVING STIPULATION FOR FILING OF AMENDED COMPLAINT**<br><br>Hon. Phyllis J. Hamilton<br><br>Date Action Filed: December 20, 2011<br>Trial Date: May 13, 2013 |

　　　　The Court has reviewed the Stipulation for Filing Amended Complaint ("Stipulation"),

filed by Plaintiff and Counter-Defendant Minims Apothecary ("Baneth") on August 3, 2012

1 (Dkt. No. 31). It is hereby ORDERED that the Stipulation is approved. Baneth is permitted to
2 file the proposed amended complaint, which was submitted as Exhibit A to the Stipulation.
3
4 IT IS SO ORDERED.
5 Dated: August 8 , 2012

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*