SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
PHILIP F. ATKINS-PATTENSON, Cal. Bar No. 94901
patkinspattenson@sheppardmullin.com
JAMES G. HIGGINS, Cal. Bar No. 238188
jhiggins@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:   415-434-9100
Facsimile:    415-434-3947

Attorneys for Defendant and Counterclaimant
INFORMEDRX, INC. and Defendant CATAMARAN INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (OAKLAND DIVISION)

| | |
|---|---|
| MINIMS APOTHECARY, LLC dba BANETH'S PHARMACY,<br><br>            Plaintiff,<br><br>     v.<br><br>INFORMEDRX, INC., and CATAMARAN, INC.,<br><br>            Defendants. | Case No. CV 11 6612 PJH<br><br>**STIPULATED DISMISSAL AND [PROPOSED] ORDER**<br><br>Complaint Filed: December 20, 2011<br><br>Trial Date: May 13, 2013<br><br>The Honorable Phyllis J. Hamilton<br>United States District Court Judge |
| INFORMEDRX, INC.,<br><br>            Counterclaimant,<br><br>     v.<br><br>MINIMS APOTHECARY, LLC dba BANETH'S PHARMACY,<br><br>            Counter-Defendant. | |

WHEREAS, Plaintiff Minims Apothecary, LLC dba Baneth's Pharmacy ("Plaintiff") has entered into a settlement agreement with Defendant and Counterclaimant InformedRx, Inc. and Defendant Catamaran Inc. ("Defendants").

IT IS HEREBY STIPULATED AND AGREED between Plaintiff and Defendants that all claims in this case shall be dismissed with prejudice, with each of the parties hereto to bear its own attorney's fees and costs.

IT IS SO STIPULATED.

Dated: October 3, 2012      SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      */s/ Philip F. Atkins-Pattenson*
PHILIP F. ATKINS-PATTENSON
Attorneys for Defendants
INFORMEDRX, INC. and CATAMARAN INC.

Dated: October 3, 2012      KELLY, HOCKEL & KLEIN, P.C.

By _____
Jonathan Allan Klein
Attorneys for Plaintiff
MINIMS APOTHECARY, LLC dba BANETH'S PHARMACY

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

The Clerk shall close this file.

DATED: _____

By _____
The Honorable Phyllis J. Hamilton
UNITED STATES DISTRICT JUDGE

1  WHEREAS, Plaintiff Minims Apothecary, LLC dba Baneth's Pharmacy
2  ("Plaintiff") has entered into a settlement agreement with Defendant and Counterclaimant
3  InformedRx, Inc. and Defendant Catamaran Inc. ("Defendants").
4  IT IS HEREBY STIPULATED AND AGREED between Plaintiff and Defendants
5  that all claims in this case shall be dismissed with prejudice, with each of the parties hereto
6  to bear its own attorney's fees and costs.
7  IT IS SO STIPULATED.

8
9  Dated: October 3, 2012        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
10
11                  By    /s/ Philip F. Atkins-Pattenson
                          PHILIP F. ATKINS-PATTENSON
12                        Attorneys for Defendants
13                        INFORMEDRX, INC. and CATAMARAN INC.

14
15 Dated: October 3, 2012        KELLY, HOCKEL & KLEIN, P.C.
16
17                  By    _____
                          Jonathan Allan Klein
18                        Attorneys for Plaintiff
19                        MINIMS APOTHECARY, LLC dba BANETH'S
                          PHARMACY
20

21  PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.
22  The Clerk shall close this file.
23  DATED:  10/5/12
24
25                  By    _____
26                        The Honorable Phyllis J. Hamilton
                          UNITED STATES DISTRICT JUDGE
27
28

IT IS SO ORDERED
Judge Phyllis J. Hamilton

-2-
SMRH 406809211.1                                STIPULATED DISMISSAL AND [PROPOSED] ORDER
                                                CV 11 6612 PJH