SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
PHILIP F. ATKINS-PATTENSON, Cal. Bar No. 94901
patkinspattenson@sheppardmullin.com
JAMES G. HIGGINS, Cal. Bar No. 238188
jhiggins@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947

Attorneys for Defendant and Counterclaimant
INFORMEDRX, INC. and Defendant CATAMARAN INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| MINIMS APOTHECARY, LLC dba BANETH'S PHARMACY,<br><br>    Plaintiff,<br><br>v.<br><br>INFORMEDRX, INC., and CATAMARAN, INC.,<br><br>    Defendants. | Case No. CV 11 6612 PJH<br><br>**STIPULATED DISMISSAL AND [PROPOSED] ORDER**<br><br>Complaint Filed: December 20, 2011<br><br>Trial Date: May 13, 2013<br><br>The Honorable Phyllis J. Hamilton<br>United States District Court Judge |
| INFORMEDRX, INC.,<br><br>    Counterclaimant,<br><br>v.<br><br>MINIMS APOTHECARY, LLC dba BANETH'S PHARMACY,<br><br>    Counter-Defendant. | |

WHEREAS, Plaintiff Minims Apothecary, LLC dba Baneth's Pharmacy ("Plaintiff") has entered into a settlement agreement with Defendant and Counterclaimant InformedRx, Inc. and Defendant Catamaran Inc. ("Defendants").

IT IS HEREBY STIPULATED AND AGREED between Plaintiff and Defendants that all claims in this case shall be dismissed with prejudice, with each of the parties hereto to bear its own attorney's fees and costs.

IT IS SO STIPULATED.

Dated: October 3, 2012          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                By      /s/ Philip F. Atkins-Pattenson
                                        PHILIP F. ATKINS-PATTENSON
                                        Attorneys for Defendants
                                        INFORMEDRX, INC. and CATAMARAN INC.

Dated: October 3, 2012          KELLY, HOCKEL & KLEIN, P.C.

                                By      _____
                                        Jonathan Allan Klein
                                        Attorneys for Plaintiff
                                        MINIMS APOTHECARY, LLC dba BANETH'S PHARMACY

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

The Clerk shall close this file.

DATED: _____

                                By      _____
                                        The Honorable Phyllis J. Hamilton
                                        UNITED STATES DISTRICT JUDGE

1  WHEREAS, Plaintiff Minims Apothecary, LLC dba Baneth's Pharmacy
2  ("Plaintiff") has entered into a settlement agreement with Defendant and Counterclaimant
3  InformedRx, Inc. and Defendant Catamaran Inc. ("Defendants").
4  IT IS HEREBY STIPULATED AND AGREED between Plaintiff and Defendants
5  that all claims in this case shall be dismissed with prejudice, with each of the parties hereto
6  to bear its own attorney's fees and costs.
7  IT IS SO STIPULATED.

Dated: October 3, 2012          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                By    /s/ Philip F. Atkins-Pattenson
                                      PHILIP F. ATKINS-PATTENSON
                                      Attorneys for Defendants
                                      INFORMEDRX, INC. and CATAMARAN INC.

Dated: October 3, 2012          KELLY, HOCKEL & KLEIN, P.C.

                                By    [signature]
                                      Jonathan Allan Klein
                                      Attorneys for Plaintiff
                                      MINIMS APOTHECARY, LLC dba BANETH'S
                                      PHARMACY

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

The Clerk shall close this file.

DATED: 10/5/12

                                By    _____
                                      The Honorable Phyllis J. Hamilton
                                      UNITED STATES DISTRICT JUDGE

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]

-2-
STIPULATED DISMISSAL AND [PROPOSED] ORDER
CV 11 6612 PJH

SMRH:406809211.1